IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Shay Lamont Allen, | ) | C/A No.: 1:14-4126-JMC-SVH |
| Plaintiff, | ) | |
| vs. | ) | |
| Janet Singleton, Head Nurse; Jeffrey Lucas, Correctional Officer; and Maj Allen, | ) | ORDER |
| Defendants. | ) | |
| _____ | ) | |
| Jeffrey Lucas, Correctional Officer; Maj Allen, | ) | |
| Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| Southern Health Partners, Inc., and ABL Management, Inc., | ) | |
| Third-Party Defendants. | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed motions for summary judgment against Plaintiff on May 5, 2015. [ECF Nos. 46, 48]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on May 6, 2015, advising him of the importance of the motions for summary judgment and of the need for him to file adequate responses.

1

[ECF No. 50]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motions may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond Defendants' motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file responses to Defendants' motions for summary judgment by July 7, 2015. Plaintiff is further advised that if he fails to respond, Plaintiff's claims will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

June 23, 2015  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge