AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Shay Lamont Allen,<br>*Plaintiff*<br>v.<br>Janet Singleton, Head Nurse; Jeffrey Lucas, Correctional Officer; and Maj. Allen,<br>*Defendants*<br><br>Jeffrey Lucas, Correctional Officer; Maj. Allen,<br>*Third-Party Plaintiffs*<br>v.<br>Southern Health Partners, Inc., and ABL Management, Inc.,<br>*Third-Party Defendants* | Civil Action No.   1:14-4126-JMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Shay Lamont Allen, shall take nothing of the defendants, Janet Singleton, Head Nurse; Jeffrey Lucas, Correctional Officer; and Maj. Allen, and this action is dismissed with prejudice for failure to prosecute.

■ Remove with prejudice: the third-party plaintiffs, Jeffrey Lucas, Correctional Officer and Maj. Allen, shall take nothing of the third-party defendants, Southern Health Partners, Inc. And ABL Managament, Inc., and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice and dismissing third-party plaintiffs; complaint.

Date:  August 20, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/M. Walker
                                                              _____
                                                                *Signature of Clerk or Deputy Clerk*